decision of this application. *Messrs. Bryan Purteet* and *Warren E. Miller* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Arnold* and *Mr. Charles H. Weston* for the United States.

No. 718. GENERAL MOTORS CORP. *v.* COE, COMMISSIONER OF PATENTS. November 24, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. The CHIEF JUSTICE took no part in the consideration and decision of this application. *Messrs. Drury W. Cooper* and *Frank E. Liverance, Jr.* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Shea* and *Mr. Melvin H. Siegel* for respondent. *Messrs. William B. Kerkam* and *John J. Darby* filed a brief on behalf of the American Patent Law Association, as *amicus curiae,* in support of the petition.

No. 663. JONES *v.* CITY OF ARCADIA. November 24, 1941. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. W. D. Bell* for petitioner. *Mr. R. W. Shackleford* for respondent.

No. 700. HARWICK, ASSIGNEE, ET AL. *v.* O'HERN, RECEIVER, ET AL. November 24, 1941. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Frank T. Miller* for petitioners. *Messrs. Donald R. Richberg, D. I. Jarrett, George Z. Barnes, George W. Hunt, David J. Kadyk,* and *Howard White* for respondents.

No. 702. PHILLIPS ET AL., TRUSTEES, *v.* BAKER ET AL., A PARTNERSHIP. November 24, 1941. Petition for writ